```
UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF INDIANA
         HAMMOND DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:11-CR-4 |
| ) | |
| HAL KAPLIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty By Defendant Hal Kaplin, (DE # 10) filed on January 12, 2011. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon Defendant's plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Hal Kaplin's plea of guilty, and **FINDS** the Defendant guilty of Count 1 of the Information, in violation of Title 18 U.S.C. §§ 659 and 2.

This matter is set for sentencing on April 7, 2011, at 1 p.m.

**DATED: February 14, 2011**　　　　　/s/RUDY LOZANO, Judge
　　　　　　　　　　　　　　　　　　**United States District Court**